UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD MONTESDEOCA, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

PAOLA PAINTING AND RENOVATIONS LLC
    d/b/a SUREGREEN,
PAOLA CASTANEDA,
and RAUL CASTANEDA,
                Defendants.

Case No.: 22-cv-01276

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff RONALD MONTESDEOCA hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated June 5, 2023, and annexed hereto as **Exhibit A**.

Dated: June 5, 2023

                Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Dealy Silberstein & Braverman, LLP
Milo Silberstein
msilberstein@dsblawny.com
Maria Louisa Bianco
mbianco@dsblawny.com
225 Broadway, Suite 1240
New York, New York 10007
Tel. (212) 385-0066
Fax (212) 385-2117
Cell. (917) 254-2902
*Attorneys for Defendants*

By: _____
C.K. Lee, Esq.