UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD MONTESDEOCA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

PAOLA PAINTING AND RENOVATIONS LLC d/b/a SUREGREEN, PAOLA CASTANEDA, and RAUL CASTANEDA,

        Defendants.

---

**Case No.**: 22-cv-01276

**[PROPOSED]
RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant PAOLA PAINTING AND RENOVATIONS LLC d/b/a SUREGREEN, PAOLA CASTANEDA, and RAUL CASTANEDA, (collectively "Defendants"), having offered to allow Plaintiff RONALD MONTESDEOCA("Plaintiff") to take a judgment against them, in the sum of Twenty Thousand ($20,000.00), to resolve all of Plaintiff's claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 5, 2023 and filed as Exhibit A to Docket Number 28;

    **WHEREAS**, on June 5, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 28);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff RONALD MONTESDEOCA, in the sum of $20,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 5, 2023 and filed as Exhibit A to Docket Number 28. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**
Dated: _____, 2023        _____
    New York, New York                           U.S.D.J.